✎AO 442   (Rev. 10/03) Warrant for Arrest

# UNITED STATES DISTRICT COURT

__MIDDLE__ District of __ALABAMA__

UNITED STATES OF AMERICA

V.

TERRENCE ANTWAN JEROME NEWKIRK
344 20th Ave., Southeast
Birmingham, AL   35215

**WARRANT FOR ARREST**

Case Number:   2:06cr169-WHA

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __TERRENCE ANTWAN JEROME NEWKIRK__
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)

Conspiracy to Possess With Intent to Distribute Cocaine Base and Cocaine Hydrochloride
Use of a Communication Facility to Facilitate Drug Distribution

in violation of Title __21__ United States Code, Section(s) __846 and 843(b)__

__DEBRA P. HACKETT__
Name of Issuing Officer

__CLERK, U.S. DISTRICT COURT, MIDDLE ALABAMA__
Title of Issuing Officer

By: _[signature]_
Signature of Issuing Officer

July 24, 2006, Montgomery, Alabama
Date and Location

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |