UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA       )
           )
    v.                 )       CR. NO.  2:06- cr-169-WHA
           )
TERRENCE ANTWAN JEROME NEWKIRK  )

MOTION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE _____, UNITED STATES MAGISTRATE JUDGE:

      Comes now the United States of America, by and through its Attorney for the Middle District of Alabama, and represents and shows unto the Court that there is pending in the United States District Court for the Middle District of Alabama an indictment against TERRENCE ANTWAN JEROME NEWKIRK, now in custody of the South Carolina Department of Corrections, and that said cause is set for arraignment at 10am on March 7, 2007, before this Honorable Court to be held at Montgomery, Alabama.

      WHEREFORE, the United States Attorney prays that your Honor will direct the Clerk of this Court to issue a WRIT OF HABEAS CORPUS AD PROSEQUENDUM addressed to the South Carolina Department of Corrections, commanding them to deliver said prisoner, TERRENCE ANTWAN JEROME NEWKIRK, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner before this Honorable Court at Montgomery, Alabama.

      Respectfully submitted this 21st day of February, 2007.

LEURA G. CANARY
UNITED STATES ATTORNEY

s/ A. Clark Morris
A. CLARK MORRIS    ASB-1613-N77A
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280  Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov