UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CR. NO.  2:06- cr-169-WHA |
| ) | |
| TERRENCE ANTWAN JEROME NEWKIRK ) | |

O R D E R

Upon consideration of the motion for writ of habeas corpus ad prosequendum (Doc.#26), filed February 21, 2007, and for good cause shown, it is

ORDERED that the motion is GRANTED.  The Clerk of this Court  is hereby DIRECTED to issue a WRIT of HABEAS CORPUS AD PROSEQUENDUM addressed to the South Carolina Department of Corrections, commanding them to deliver the said prisoner, TERRENCE ANTWAN JEROME NEWKIRK, to any United States Marshal or Deputy United States Marshal and directing said Marshal or Deputy to bring said prisoner, before this Court at Montgomery, Alabama, for arraignment at 10am on March 7, 2007, and to return said prisoner, to said official when the Court has finished with him.

Done, this 21st day of February, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE