| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: March 7, 2007 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 10:51 - 11:18 |

√ ARRAIGNMENT     ❒ CHANGE OF PLEA     ❒ CONSENT PLEA
❒ RULE 44(c) HEARING     ❒ SENTENCING

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker     **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 2:06cr169-WKW     **DEFENDANT NAME:** Terrence Antwan Jerome Newkirk
**AUSA:** Clark Morris     **DEFENDANT ATTORNEY:** Malcolm Newman

Type counsel ( )Waived; ( )Retained; ( √ )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**
Interpreter present? ( √ )NO; ( )YES   Name:

---

√ This is defendant's **FIRST APPEARANCE.**
√ Financial Affidavit executed. ORAL MOTION for appointment of Counsel.
√ ORAL ORDER appointing CJA Panel Attorney.  Notice of Appearance to be filed.
❒ **WAIVER OF INDICTMENT** executed and filed.
❒ **INFORMATION** filed.
❒ Juvenile Information filed w/Certificate that State Court refused jurisdiction.
**PLEA:**     √ Not Guilty
        ❒ Guilty as to:
            ❒ Count(s):
            ❒ Count(s):          ❒ dismissed on oral motion of USA
                        ❒ to be dismissed at sentencing
❒ Written plea agreement filed    ❒ **ORDERED SEALED**
❒ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.
√ **CRIMINAL TERM:**     6/4/07
            **DISCOVERY DISCLOSURE DATE:** 3/7/07
❒ **ORDER:** Defendant continued under ❒ same bond;  ❒ summons; for:
        ❒ Trial on _____; ❒ Sentencing on _____
√ Defendant remanded to custody of U. S. Marshal for:
        ❒ Trial on _____; or ❒ Sentencing on _____
❒ Rule 44 Hearing:  ❒ Waiver of Conflict of Interest Form executed
            ❒ Defendant requests time to secure new counsel
Defendant's ORAL WAIVER of any detention hearing.