IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | 2:06-cr-169-WKW |
| v. | ) | |
| | ) | |
| TERRENCE ANTWAN JEROME NEWKIRK, | ) | |
|     a.k.a. Rock and Rocky; | ) | |

GOVERNMENT'S MOTION FOR DETENTION HEARING

Comes now the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and pursuant to 18 U.S.C. 3142(e) and (f) moves for a detention hearing for the above-captioned defendant.

1. Eligibility of Cases

    This case is eligible for a detention order because this case involves:

    ___  Crime of violence (18 U.S.C. 3156)

    _X_  Maximum sentence of life imprisonment or death

    _X_  10 + year drug offense

    ___  Felony, with two prior convictions in the above categories

    _X_  Serious risk the defendant will flee

    _X_  Serious risk of obstruction of justice

2. Reason For Detention

    The Court should detain defendant because there are no conditions of release which will reasonably assure:

    _X_  Defendant's appearance as required

    _X_  Safety of any other person and the community

3. <u>Rebuttable Presumption</u>

The United States will invoke the rebuttable presumption against defendant under Section 3142(e). The presumption applies because:

<u>X</u>  Probable cause to believe defendant committed 10 + year drug offense or an offense in which a firearm was used or carried under Section 924(c)

___  Previous conviction for "eligible" offense committed while on pretrial bond

___  A period of five years has not elapsed from defendant's conviction or release from imprisonment for the offense described above

4. <u>Time For Detention Hearing</u>

The United States requests the Court conduct the detention hearing:

___  At the initial appearance

<u>X</u>  After continuance of 3 days

The Government requests leave of Court to file a supplemental motion with additional grounds or presumption for detention should this be necessary.

Respectfully submitted this the 30th day of March, 2007.

          LEURA G. CANARY
          United States Attorney

          /s/ A. Clark Morris
          A. CLARK MORRIS
          Assistant United States Attorney
          One Court Square, Suite 201
          Montgomery, AL 36104
          334.223.7280
          334.223.7135 fax
          clark.morris@usdoj.gov

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | 2:06-cr-169-WKW |
| v. ) | |
| ) | |
| TERRENCE ANTWAN JEROME NEWKIRK, ) | |
|    a.k.a. Rock and Rocky; ) | |

CERTIFICATE OF SERVICE

I hereby certify that on March 30, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Malcolm Newman.

Respectfully submitted,

LEURA G. CANARY
UNITED STATES ATTORNEY

/s/ A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
334.223.7280
334.223.7135 fax
clark.morris@usdoj.gov