# IN THE UNITED STATES FEDERAL DISRTICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 2:06-cr-169-WKW |
| ) | |
| TERRENCE NEWKIRK ) | |
|     Defendant. ) | |

## MOTION TO ATTEND PRETRIAL CONFERENCE VIA TELEPHONE

Comes now Malcolm R. Newman, Counsel for Defendant Terrence Antwan Newkirk, and moves this Court for leave to Appear at the Pre-trial Conference scheduled for May 9, 2007 at 8:30 am via telephone. Counsel would represent that his office/home is some two hours from the U.S. Courthouse; that there are not pending Motions by this Defendant that this Court need address at said May 9th Hearing, moreover, considerable expense would be avoided if this Court should grant Counsel leave to attend via telephone.

                                        Malcolm R. Newman, Attorney, PC

                                        /s/Malcolm R. Newman
                                        Malcolm R. Newman (NEW017)
                                        P.O. Box 6137
                                        Dothan, Alabama 36302
                                        (334)792-2132
                                        ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date of May 02, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Ms. Clark Morris, AUSA
P.O. Box 197
Montgomery, Alabama 36101

                                                <u>/s/ Malcolm R. Newman</u>
                                                Malcolm R. Newman