# IN THE UNITED STATES FEDERAL DISRTICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CR. NO. 2:06-cr-169-WKW |
| | ) | |
| TERRENCE NEWKIRK | ) | |
| Defendant. | ) | |

## MOTION TO ATTEND PRETRIAL CONFERENCE VIA TELEPHONE

Comes now Malcolm R. Newman, Counsel for Defendant Terrence Antwan Newkirk, and moves this Court for leave to Appear at the Pretrial Conference scheduled for May 9, 2007 at 8:30 am via telephone. Counsel would represent that his office/home is some two hours from the U.S. Courthouse; that there are not pending Motions by this Defendant that this Court need address at said May 9th Hearing, moreover, considerable expense would be avoided if this Court should grant Counsel leave to attend via telephone.

Malcolm R. Newman, Attorney, PC

/s/Malcolm R. Newman
Malcolm R. Newman (NEW017)
P.O. Box 6137
Dothan, Alabama 36302
(334)792-2132
ASB-2826-M39M

# MOTION GRANTED

THIS 8n DAY OF May ,20 07

_____
UNITED STATES MAGISTRATE JUDGE