# IN THE UNITED STATES FEDERAL DISRTICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
|     Plaintiff, ) | |
| ) | |
| vs. ) | CR. NO. 2:06-cr-169-WKW |
| ) | |
| TERRENCE NEWKIRK ) | |
|     Defendant. ) | |

## MOTION FOR REIMBURSEMENT OF
## COPY EXPENSE

COMES NOW Defendant Terrence Newkirk, by and through counsel, and moves for reimbursement for expenses incurred in obtaining discovery in this case. In support of which, Defendant would show as follows:

1. Discovery in this sixteen-defendant case is voluminous and consists of 7, 428 paper copies, 10 DVDs, 19 CDs, 1 floppy disk, 6 VHS videos, and 23 audio cassettes.

2. The US Attorney's office has made the forgoing discovery available through Pro-Legal Copies of Montgomery, Inc., to be obtained at the expense of the Defendant.

3. Defendant Barnett has obtained a complete set of discovery, for which the undersigned has been billed a total of $1,234.35 (Exhibit A)

Wherefore, the premises considered, Defendant prays that the Court will Order that the undersigned counsel be reimbursed for such extraordinary copying expenses.

RESPECTFULLY SUBMITTED, this 7th day of September, 2007.

        Malcolm R. Newman, Attorney, PC

        /s/Malcolm R. Newman
        Malcolm R. Newman (NEW017)
        P.O. Box 6137
        Dothan, Alabama 36302
        (334)792-2132
        ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date of September 7, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Ms. Clark Morris, Assistant U.S. Attorney
    P.O. Box 197
    Montgomery, Alabama 36101

        /s/ Malcolm R. Newman
        Malcolm R. Newman