# Exhibit A



134 High Street
Montgomery, Al 36104
(334) 263-0108
Federal Tax ID No. : 63-1271006

# Invoice

| Date | Invoice # |
|---|---|
| 9/6/2007 | 7268 |

| Bill To |
|---|
| Malcolm Newman, Esq.<br>219 West Crawford Street<br>Dothan, Alabama 36301 |

| Ship To |
|---|
| Malcolm Newman, Esq.<br>219 West Crawford Street<br>Dothan, AL 36301 |

| Terms | Ship |
|---|---|
|  | 9/6/2007 |

| Quantity | Item Code | Description | Price Each | Amount |
|---|---|---|---|---|
| 7,428 | I/B | Imaging - B&W | 0.08 | 594.24T |
| 10 | DVD | DVD Production | 20.00 | 200.00T |
| 19 | CD | CD Production | 5.95 | 113.05T |
| 1 | Floppy Disc | Copy Floppy Disc | 3.00 | 3.00T |
| 6 | Videos | Video Duplication | 12.50 | 75.00T |
| 23 | Cassette | Copy of Audio Tape | 5.95 | 136.85T |

| | |
|---|---|
| Sales Tax (10.0%) | $112.21 |
| **Total** | $1,234.35 |

```
       PRO LEGAL COPIES
        134 HIGH STREET
        MONTGOMERY, AL 36104

TERMINAL I.D.:              1205

MERCHANT #:      441856000020859

VISA
************0018*
SALE
BATCH: 000006    INVOICE: 011936
DATE: SEP 06, 07    TIME: 16:09
                 AUTH NO: 101183


TOTAL          $1234.35



       THANK YOU
    PLEASE COME AGAIN!!


      CUSTOMER COPY
```