IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| TERRENCE ANTWAN JEROME NEWKIRK | ) ) | |

## **ORDER**

Upon consideration of defendant's motion for reimbursement of copy expenses (Doc. # 307) filed September 21, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED.  The court finds defendant eligible for an interim reimbursement for the expense of copying discovery provided by the government, pursuant to 18 U.S.C. § 3006A(d)(1) and the Guide to Judiciary Policies and Procedures, Volume 7, Section C, Chapter 2.27.  Counsel may file for reimbursement of these expenses using Form 20.

DONE, this 25th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE