## IN THE UNITED STATES FEDERAL DISRICT COURT
## MIDDLE DISTRICT OF ALABAMA
## NORTHERN DIVISION

UNITED STATES OF AMERICA,  )
      Plaintiff,              )
                               )
vs.                          )     CR. NO. 2:06-cr-169-WKW
                               )
TERRENCE NEWKIRK         )
      Defendant.          )

### MOTION TO ATTEND PRETRIAL
### CONFERENCE VIA TELEPHONE

       Comes now Malcolm R. Newman, Counsel for Defendant Terrence Antwan Newkirk, and moves this Court for Leave to Appear at the Pre-Trial Conference scheduled for September 28, 2007 at 3:00 pm via telephone.

                       Malcolm R. Newman, Attorney, PC

                       /s/Malcolm R. Newman
                       Malcolm R. Newman (NEW017)
                       P.O. Box 6137
                       Dothan, Alabama 36302
                       (334)792-2132
                       ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date of September 26, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

      Ms. Clark Morris, AUSA
      P.O. Box 197
      Montgomery, Alabama 36101


                        /s/ Malcolm R. Newman
                        Malcolm R. Newman