IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| TERRENCE ANTWAN JEROME NEWKIRK | ) ) | |

## **ORDER**

Upon consideration of defendant's motion to attend pretrial conference by telephone (Doc. # 334), filed September 26, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. Although the motion does not set out any cause for non-appearance, the court judicially knows that defendant's counsel does not reside in Montgomery. Because several other lawyers who will be out of town on the date of the pretrial are being permitted to appear by telephone, the court will grant the motion to the extent that defendant's counsel shall call the Judge's chambers at 3:00 p.m. on September 28, 2007 to enable him to attend the pretrial conference by telephone.[1]

DONE, this 27th day of September, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE

---

[1] However, in general, counsel are expected to attend pretrial conferences in person absent good cause to the contrary.