### IN THE UNITED STATES FEDERAL DISRTICT COURT
### MIDDLE DISTRICT OF ALABAMA
### NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,  ) | |
|     Plaintiff,  ) | |
| ) | |
| vs.  ) | CR. NO. 2:06-cr-169-WKW |
| ) | |
| TERRENCE NEWKIRK  ) | |
|     Defendant.  ) | |

### MOTION TO RE-SCHEDULE
### PLEA HEARING

    Comes now Counsel for Terrence Newkirk to request that the Plea Hearing for his Client currently set for October 16, 2007 (Doc. 351) be moved to October 22, 2006.  This request is made because the Defendant is currently scheduled to meet with the Assistant U.S. Attorney on October 11, 2007 to discuss whether a Plea Agreement can be made.

    Malcolm R. Newman, Attorney, PC

    /s/Malcolm R. Newman
    Malcolm R. Newman (NEW017)
    P.O. Box 6137
    Dothan , Alabama 36302
    (334)792-2132
    ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date of October 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Clark Morris, Assistant U.S. Attorney
    P.O. Box 197
    Montgomery , Alabama 36101

                                    /s/ Malcolm R. Newman
                                    Malcolm R. Newman