IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR. NO. 2:06cr169-WKW |
| | ) | |
| TERRENCE ANTWAN JEROME NEWKIRK | ) ) | |

## **ORDER**

Upon consideration of defendant's motion to reschedule plea hearing (Doc. # 368), filed October 9, 2007, and for good cause, it is

ORDERED that the motion be and hereby is GRANTED. The notice of intent to change plea shall be filed on or before 7 days prior to the newly scheduled plea date.

DONE, this 11th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE