# IN THE UNITED STATES FEDERAL DISRTICT COURT
# MIDDLE DISTRICT OF ALABAMA
# NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
|     Plaintiff,   ) | |
| ) | |
| vs.   ) | CR. NO. 2:06-cr-169-WKW |
| ) | |
| TERRENCE NEWKIRK   ) | |
|     Defendant.   ) | |

## NOTICE OF PLEA CHANGE

    Comes now Defendant, Terrence Newkirk, by and through Counsel, and serves Notice to this Court that he withdraws his previous plea.

    Malcolm R. Newman, Attorney, PC

    /s/Malcolm R. Newman
    Malcolm R. Newman (NEW017)
    P.O. Box 6137
    Dothan , Alabama 36302
    (334)792-2132
    ASB-2826-M39M

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date of October 15, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

    Clark Morris, Assistant U.S. Attorney
    P.O. Box 197
    Montgomery , Alabama 36101

                                              /s/ Malcolm R. Newman
                                              Malcolm R. Newman