IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA      )
                              )
v.                            )          2:06cr169-WKW
                              )
TERRENCE ANTWAN JEROME        )
NEWKIRK                       )

## ORDER

Pursuant to the defendant's *Notice of Intent to Change Plea* (Doc. #380) filed on October 15, 2007, it is hereby

ORDERED that the defendant, TERRENCE ANTWAN JEROME NEWKIRK, appear with counsel before U. S. Magistrate Judge Wallace Capel, Jr. on October 22, 2007 at 3:00 p.m. in Courtroom 5A,  Frank M. Johnson, Jr. Federal Building and United States Courthouse Complex, One Church Street, Montgomery, Alabama,  to enter a change of plea.

The Clerk is directed to provide a court reporter for this proceeding.  If the defendant is in custody, the United States Marshal or the person having custody of the defendant shall produce the defendant for this proceeding.

Done, this 16th day of October, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE