**UNITED STATES DISTRICT COURT**

MIDDLE DISTRICT OF ALABAMA
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT, CLERK

TELEPHONE (334) 954-3600

October 17, 2007

# NOTICE OF CORRECTION

**From:**             Clerk's Office

**Case Style:**       USA vs. TERRENCE NEWKIRK

**Case Number:**      2:06cr169-WKW

**Referenced Pleading: 10/16/07 Order**
                     **Document #384**

This Notice of Correction has been filed to notice parties that the Change of Plea hearing set for 10/22/07 was set before Judge Susan Russ Walker in error.  The hearing will be held before Magistrate Judge Wallace Capel, Jr.