IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| TERRENCE ANTWAN JEROME NEWKIRK | ) | |

## **ORDER**

Currently pending before the court is Attorney Newman's voucher claiming $21,655.86 in legal fees and expenses for the representation of Defendant Terrence Antwan Jerome Newkirk. On April 30, 2008, the court ordered (Doc. # 630) Attorney Newman to show cause why the amount should not be reduced, and he responded on May 9, 2008 (Doc. # 635). It is ORDERED that Attorney Nemwan's fee petition is REFERRED to Magistrate Judge Susan Russ Walker for a report and recommendation pursuant to 28 U.S.C. § 636(b)(1)(B).

Done this 9th day of May, 2008.

                                            /s/  W. Keith Watkins
                                      UNITED STATES DISTRICT JUDGE