IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:06-CR-169-WKW |
| | ) | |
| TERRENCE ANTWAN JEROME | ) | |
| NEWKIRK | ) | |

## **ORDER**

There being no objections filed to the Recommendation of the Magistrate Judge ("Recommendation") on the voucher for attorney's fees and expenses (Doc. # 704), and upon an independent review of the record, it is ORDERED that:

(1) The Recommendation is ADOPTED;

(2) The request for compensation by Malcolm Newman, Esq., counsel for Defendant Terrence Antwan Jerome Newkirk, is GRANTED in part and DENIED in part. The request is granted but not for requested amount, $ 21,655.86;

(3) The court CERTIFIES to the Chief Judge of the Court of Appeals for the Eleventh Circuit that the representation of Mr. Newkirk by Mr. Newman was extended or complex and that the amount of the adjusted excess payment, $4,641.99 (for a total payment of $11,641.99), is necessary to provide fair compensation.

DONE this 20th day of May 2009.

/s/ W. Keith Watkins
UNITED STATES DISTRICT JUDGE